UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| Sharon Evans<br><br>    Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC<br><br>    Defendant. | Case No. 1:15-cv-01652-CL<br><br>Honorable Mark D. Clarke<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                      RESPECTFULLY SUBMITTED,

                                      Hyslip & Taylor, LLC, LPA

                                      By:   s/ Thomas A. McAvity____

                                      *Of Counsel*
                                      Thomas A. McAvity, Esq.
                                      2225 NE Alberta, Suite A
                                      Portland, OR  97211
                                      Phone:  503-860-6868
                                      Fax: 1-866-241-4176
                                      Email:  thomas@nwdrlf.com

Date: December 10, 2015

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Jessica D. Osborne
Gordon & Rees LLP
121 SW Morrison St., Suite 1575
Portland, OR  97204

Counsel for:
Northstar Location Services, LLC

                                                  s/ Thomas A. McAvity